IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.**, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.: _____ |
| | : | |
| **CAROLINA SUN HOSPITALITY, LLC, et al.** | : | |
| | : | |
| Defendants | : | |

## DISLCOSURE PURSUANT TO LOCAL RULE 103.3

I certify, as counsel in this case that Choice Hotels International, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3.

_____
Kristen K. Bugel, Esq.

1