IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Choice Hotels International, Inc.,          Case No. 8:23cv0558

    Plaintiff,

v.          ORDER

Carolina Sun Hospitality Services, LLC,

    Defendants.

## **ORDER**

The court having reviewed the Complaint for Confessed Judgment (ECF No. 1), the Settlement and Release Agreement (ECF No. 1-1), the Promissory Note (ECF No. 1-2), the Affidavit in Support of the Complaint (ECF No. 1-3), and related papers, finds that the aforementioned papers establish a prima facie case that (1) Defendants knowingly, intelligently, and voluntarily waived the right to notice and a prejudgment hearing on the merits of Plaintiff Choice Hotels Inc.'s claim for damages; and (2) Plaintiff has a meritorious claim for the requested outstanding damages, accrued and continuing interest, and resulting court costs.

Accordingly, IT IS HEREBY ORDERED on this 25th day of July 2023 that pursuant to Local Rule 108.1, the Clerk is directed to enter judgment in the amount of $176,209.23 plus continuing interest, under the terms of the Promissory Note, in favor of Plaintiff Choice Hotels Inc. against Defendants, and issue a notice advising Defendants that a judgment by confession has been entered against them and that they have thirty (30) days within which to file a written motion to open, modify, or vacate the judgment.

Date:  July 25, 2023

                                                                                      _____/s/_____
                                                                                 Ajmel A. Quereshi
                                                                                 United States Magistrate Judge