# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.   *

    **Plaintiff(s)**                *

                                    *   Civil Case No.: 23cv558

    **vs.**                         *

FARRAH KHALID                       *

                                    *

    **Defendant(s)**

*******

## NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have __30__ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

> Kristen K. Bugel, Esq.
> Choice Hotels International, Inc.
> 1 Choice Hotels Circle, Suite 400
> Rockville, MD 20850

**CATHERINE STAVLAS, CLERK**

08/30/2023                                   By: _____
**Date**                                     **Deputy Clerk**