# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. | * | |
| | * | |
| **Plaintiff(s)** | * | Civil Case No.: 23cv558 |
| vs. | * | |
| KHALID DURRANI | * | |
| | * | |
| **Defendant(s)** | | |

*******

## NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have __30__ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

> Kristen K. Bugel, Esq.
> Choice Hotels International, Inc.
> 1 Choice Hotels Circle, Suite 400
> Rockville, MD 20850

**CATHERINE STAVLAS, CLERK**

08/30/2023                                         By: _____
**Date**                                               **Deputy Clerk**