# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.**, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 8:23-cv-00558-PX |
| | : |
| **CAROLINA SUN** | : |
| **HOSPITALITY, LLC, et al.** | : |
| | : |
| Defendants. | : |

## RETURN OF SERVICE

Plaintiff Choice Hotels International, Inc., by its undersigned attorney, submits the attached affidavits as proof of service of the Judgment, the Order Entering Judgment, the Notices of Entry of Judgment by Confession, the Complaint with attachments, and all other documents filed in this action upon Defendants Carolina Sun Hospitality, LLC, Khalid Durrani and Farrah Kahlid on March 11, 2024.

_____/s/_____
Kristen K. Bugel, Esq.
915 Meeting St., Suite 600
North Bethesda, MD 20852
kristen.bugel@choicehotels.com

Attorney for Plaintiff
Choice Hotels International, Inc.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9$^h$ day of April, 2024, a true and correct copy of the foregoing Return of Service was mailed by first class U.S. Mail, postage pre-paid, to:

Carolina Sun Hospitality, LLC
c/o Khalid Durrani
38 Emerald Trail
Buffalo, NY 14221

Khalid Durrani
38 Emerald Trail
Buffalo, NY 14221

Farrah Khalid
38 Emerald Trail
Buffalo, NY 14221

_____/s/_____
Kristen K. Bugel, Esq.