**CHOICE HOTELS**
Suitable Age Service

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### AFFIDAVIT OF SERVICE



*167866*

Index no : 23CV558
Office No:

| Plaintiff(s): | CHOICE HOTELS INTERNATIONAL, INC. |
|---|---|
| Defendant(s): | CAROLINA SUN HOSPITALITY, LLC |

STATE OF NEW YORK COUNTY OF ERIE    ss.:

**JILLINA A. KWIATKOWSKI**, the undersigned, being duly sworn, deposes and says; that I am over the age of 18 years and I am not a party to the action. I reside in the State of New York.

On **03/11/2024** at **7:40 PM**, I served the within **NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION; ORDER; COMPLAINT FOR CONFESSED JUDGMENT; EXHIBIT 1; EXHIBIT 2; DISCLOSURE PURSUANT TO LOCAL RULE 103.3; CIVIL COVER SHEET WITH INSTRUCTIONS** on **KHALID DURRANI** at **38 EMERALD TRAIL, BUFFALO, NY 14221** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **FARRAH KHALID**, **CO-OCCUPANT** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients residence/employment within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Indian | Black | 50-65 | 5ft5in - 5ft8in | 131-160 lbs. |
| Other Features: | | | | | |

On **03/12/2024** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **38 EMERALD TRAIL, BUFFALO, NY 14221**. That address being the **usual place of abode of the Defendant(s)**. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
03/12/2024

_Michele A. Regan-OBrien_
Michele A. Regan-OBrien
Notary Public, State of New York
No. 01RE6164267
Qualified in Erie County
Commission Expires 4/16/2027

X _Jillina A. Kwiatkowski_
JILLINA A. KWIATKOWSKI
Smart Serve Process
1320 French Rd.
Depew, NY 14043
AFF.#: 167866

