**CHOICE HOTELS** 
Personal Service

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## AFFIDAVIT OF SERVICE

*167865*

Index no : 23CV558
Office No:

| Plaintiff(s): | CHOICE HOTELS INTERNATIONAL, INC. |
|---|---|
| Defendant(s): | CAROLINA SUN HOSPITALITY, LLC |

STATE OF NEW YORK COUNTY OF ERIE    ss.:

**JILLINA A. KWIATKOWSKI**, the undersigned, being duly sworn, deposes and says; that I am over the age of 18 years and I am not a party to this action. I reside in the State of New York.

On 03/11/2024 at 7:40 PM, I served the within **NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION; ORDER; COMPLAINT FOR CONFESSED JUDGMENT; EXHIBIT 1; EXHIBIT 2; DISCLOSURE PURSUANT TO LOCAL RULE 103.3; CIVIL COVER SHEET WITH INSTRUCTIONS** on **FARRAH KHALID** at **38 EMERALD TRAIL, BUFFALO, NY 14221** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Defendant(s)** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **FARRAH KHALID** the **Defendant(s)** in this action.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Indian | Black | 50-65 | 5ft5in - 5ft8in | 131-160 lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
03/12/2024

_Michele A. Regan-OBrien_
Michele A. Regan-OBrien
Notary Public, State of New York
No. 01RE6164267
Qualified in Erie County
Commission Expires 4/16/2027

X _Jillina A Kwiatkowski_
JILLINA A. KWIATKOWSKI
Smart Serve Process
1320 French Rd.
Depew, NY 14043
AFF.#: 167865

